|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF CALIFORNIA |
| | SAN JOSE DIVISION |

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br>               Plaintiff. <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and XL SPECIALTY INSURANCE COMPANY, <br><br>               Defendants. | Case No.: 5:13-CV-05658 LHK <br><br> CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown             Plaintiff's Attorneys:  David Goodwin,
Reporter:  Summer Fisher                                   Christine England
                                                    Defendants' Attorneys:  Susan Sullivan,
                                                                               Jennifer Mathis

      The Court held an initial case management conference on July 9, 2014. A further case management conference is scheduled for October 22, 2014, at 2:00 p.m.

      The Court ruled that Plaintiffs can produce ESI in the format it was originally produced in the prior trade secret litigation, but Defendants have the right to request production of a reasonable number, if any, of key documents in their original format with metadata.

      The Court ruled that privileged documents are to be logged by document, not categories. Documents created after August 31, 2013 need not be logged. Any settlement demands and related documents between August 16, 2012 and August 31, 2012 are not privileged and must be produced. However, the parties will brief their dispute before Magistrate Judge Grewal regarding the scope of the mediation privilege as to their mediation statements and statements made at the August 15, 2012 mediation.

The Court granted Plaintiff's request for a protective order that includes expert disclosure provisions requiring Defendants to disclose the identity of all experts before they are allowed to access information designated confidential by Plaintiff.

The Court sets the following case schedule:

LAST DAY TO AMEND PLEADINGS/ADD PARTIES: September 9, 2014

CLOSE OF FACT DISCOVERY: June 4, 2015

EXPERT DISCOVERY:
    Opening Reports: June 25, 2015
    Rebuttal Reports: July 16, 2015
    Cut-off: August 6, 2015

LAST DAY TO FILE DISPOSITIVE MOTIONS: August 27, 2015. Each party may file only one motion for summary adjudication in this case. The replies are due by September 24, 2015.

HEARING ON DISPOSITIVE MOTIONS: October 8, 2015, at 1:30 p.m.

FINAL PRETRIAL CONFERENCE: November 19, 2015, at 1:30 p.m.

JURY TRIAL: December 4, 2015 at 9:00 a.m.

LENGTH OF TRIAL: 8 days.

**IT IS SO ORDERED.**

Dated: July 9, 2014

_____
LUCY H. KOH