UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA., and XL ) <br> SPECIALITY INSURANCE COMPANY, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-CV-05658-LHK <br><br> ORDER CONTINUING CASE <br> MANAGEMENT CONFERENCE |

In the parties' joint case management statement ("JCMS"), the parties discuss two potential discovery disputes: first, Silicon Storage Technology, Inc.'s ("SST") revelation that emails sent or received between July 21, 2012 through February 10, 2013, and labeled "Do Not Purge" had disappeared; second that SST desired to produce certain documents with restrictions that go beyond the stipulated protective order in this action. ECF No. 1-2. The parties have not yet met and conferred on these issues. Accordingly, the Court hereby CONTINUES the case management conference scheduled for January 14, 2015 to February 11, 2015, at 2 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 4, 2015.

**IT IS SO ORDERED.**

1

Case No.: 13-CV-05658-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1
2   Dated: January 12, 2015                              _____
3                                                        LUCY H. KOH
                                                         United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

Case No.: 13-CV-05658-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE