UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br><br> Defendants. | Case No.:13-CV-05658-LHK <br><br> **ORDER REGARDING ADR** |

In light of the fact that fact discovery closes in four months and that expert discovery and dispositive motions will follow shortly thereafter, the Court will order the parties to participate in ADR. By noon on Tuesday, February 10, 2015, the parties shall file a joint statement stating whether the parties want a private mediation or a Magistrate Judge Settlement Conference and what deadline is appropriate for the ADR. If the parties disagree as to the form of ADR and/or the deadline, the parties shall include in the joint statement a short justification for their position.

**IT IS SO ORDERED.**

Dated: February 6, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05658-LHK
ORDER REGARDING ADR