UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br><br> Defendants. | Case No.:13-CV-05658-LHK <br><br> **ORDER REFERRING PARTIES TO PRIVATE MEDIATION, AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Pursuant to the parties' joint statement regarding ADR, ECF No. 59, the parties are hereby referred to private mediation with a deadline of May 29, 2015. The case management conference, currently scheduled for February 11, 2015, at 2 p.m., is continued to June 3, 2015, at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 10, 2015

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-05658-LHK
ORDER REFERRING PARTIES TO PRIVATE MEDIATION, AND CONTINUING CASE MANAGEMENT CONFERENCE