United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br><br> Defendants. | Case No. 13-CV-05658-LHK <br><br> **ORDER SETTING BRIEFING SCHEDULE REGARDING SILICON STORAGE TECHNOLOGY, INC.'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE GREWAL** <br><br> Re: Dkt. No. 130 |

Before the Court is a motion for relief from nondispositive pretrial order of Magistrate Judge Paul S. Grewal, filed by Silicon Storage Technology, Inc. ("SST"). ECF No. 130 ("Motion"). Pursuant to Civil Local Rule 72-2, the Court sets the following briefing schedule with respect to the Motion:

- Defendants shall file a response to the Motion no later than August 13, 2015. The response shall not exceed five (5) pages in length.
- SST shall file a reply in support of the Motion no later than August 17, 2015. The reply shall not exceed three (3) pages in length.

1
Case No. 13-CV-05658-LHK
ORDER SETTING BRIEFING SCHEDULE REGARDING SILICON STORAGE TECHNOLOGY, INC.'S
MOTION FOR RELIEF FROM NONDIPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE GREWAL

**IT IS SO ORDERED.**

Dated: August 5, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 13-CV-05658-LHK
ORDER SETTING BRIEFING SCHEDULE REGARDING SILICON STORAGE TECHNOLOGY, INC.'S MOTION FOR RELIEF FROM NONDIPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE GREWAL