United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., <br><br> Defendants. | Case No. 13-CV-05658-LHK <br><br> **ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** <br><br> Re: Dkt. No. 184 |

Pursuant to a joint statement filed by the parties agreeing to participate in a settlement conference, ECF No. 184, the parties are hereby referred to a settlement conference with Magistrate Judge Nathanael Cousins, to be held on October 26, 2015, at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: October 13, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge

1
Case No. 13-CV-05658-LHK
ORDER REFERRING PARTIES TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE