UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al.,<br><br>　　　　Defendants. | Case No. 13-CV-05658-LHK<br><br>**ORDER RESERVING DATE FOR POTENTIAL SETTLEMENT CONFERENCE** |

The Court intends to proceed with the Pre-Trial Conference and trial as scheduled in this case. However, should the parties wish to engage in another settlement conference after the Pre-Trial Conference but before trial, Magistrate Judge Cousins is available at 9:30 a.m. on November 20 and 24, 2015 and at 2:30 p.m. on December 1, 2015. The parties are free to forego any further settlement conference. However, if the parties wish to reserve the option, then the Court encourages the parties to reserve one of the above dates with Judge Cousin's Courtroom Deputy, Lili Harrell, by November 4, 2015.

**IT IS SO ORDERED.**

1

Case No. 13-CV-05658-LHK
ORDER RESERVING DATE FOR POTENTIAL SETTLEMENT CONFERENCE

1  Dated:  October 30, 2015

_____
LUCY H. KOH
United States District Judge

2
Case No. 13-CV-05658-LHK
ORDER RESERVING DATE FOR POTENTIAL SETTLEMENT CONFERENCE