UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| SILICON STORAGE TECHNOLOGY, INC., | Case No. 13-CV-05658-LHK |
|---|---|
| Plaintiff, | **ORDER REGARDING SETTLEMENT DEADLINE** |
| v. | |
| NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al., | |
| Defendants. | |

If the parties agree to settle the instant case, the parties must file a stipulation of dismissal no later than December 3, 2015, at 3:00 p.m. Pursuant to Civil Local Rule 40-1, if the parties file a stipulation of dismissal after this deadline, the parties shall be assessed all juror fees, juror mileage reimbursement, and juror parking fees incurred.

**IT IS SO ORDERED.**

Dated: November 20, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 13-CV-05658-LHK
ORDER REGARDING SETTLEMENT DEADLINE
1