UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PA, et al.,<br><br>    Defendants. | Case No. 13-CV-05658-LHK<br><br>**ORDER REQUIRING JOINT SETTLEMENT STATUS REPORT** |

The parties shall file a joint settlement status report by November 30, 2015, at 5:00 p.m.

**IT IS SO ORDERED.**

Dated: November 24, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No. 13-CV-05658-LHK
ORDER REQUIRING JOINT SETTLEMENT STATUS REPORT