1  DAVID B. GOODWIN (Bar No. 104469)
   Email:  dgoodwin@cov.com
2  MICHAEL S. GREENBERG (Bar No. 99727)
   Email:  mgreenberg@cov.com
3  ELIZABETH S. PEHRSON (Bar No. 197302)
   Email: epehrson@cov.com
4  TRACY O. EBANKS (Bar No. 295458)
   Email: tebanks@cov.com
5  COVINGTON & BURLING LLP
   One Front Street, 35th Floor
6  San Francisco, California 94111-5356
   Telephone: + 1 (415) 591-6000
7  Facsimile: + 1 (415) 591-6091
8
9  JO DALE CAROTHERS (Bar No. 228703)
   Email: jcarothers@weintraub.com
10 WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN LAW CORPORATION
   11682 El Camino Real, Suite 305
11 San Diego, California  92130
   Telephone:  (858) 436-8152
12 Facsimile:  (858) 436-3890
13
14 Attorneys for Plaintiff
   SILICON STORAGE TECHNOLOGY, INC.
15

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and XL SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | Civil Case No.: 5:13-cv-05658-LHK <br><br> **STIPULATION FOR DISMISSAL OF CASE; [~~PROPOSED~~] ORDER** |

1   As the parties have reached agreement to settle this dispute, it is hereby stipulated, by and between Plaintiff Silicon Storage Technology, Inc. and defendants National Union Fire Insurance Company of Pittsburgh, Pa. and XL Specialty Insurance Company, through their respective counsel, that the above-captioned action be dismissed with prejudice, each party to bear its own fees and costs. The Clerk shall close the file.

Dated:  November 24, 2015                Respectfully submitted,

COVINGTON & BURLING LLP


By:    /s/ David B. Goodwin
       David B. Goodwin
       Attorneys for Plaintiff
       SILICON STORAGE
       TECHNOLOGY, INC.


Dated:  November 24, 2015                SEDGWICK LLP


By:    /s/ Susan Koehler Sullivan
       Susan Koehler Sullivan
       Attorneys for Defendant National
       Union Fire Insurance Company of
       Pittsburgh, PA.


Dated:  November 24, 2015                TROUTMAN SANDERS LLP

By:    /s/ Jennifer Mathis
       Jennifer Mathis
       Attorneys for XL Specialty Insurance
       Company

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Dated:  November 30, 2015

By  *Lucy H. Koh*
    United States District Judge